UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LISA SMITH on behalf of herself and all others similarly situated, ELISA STROFFOLINO on behalf of herself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:23-cv-01003-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| RITA MAY, et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01072-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| CHAD HOHENBERRY, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01074-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| VICTORIA THOMAS, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01096-JPH-KMB |
| APRIA HEALTHCARE, LLC, | ) ) ) | |
| Defendant. | ) | |

1

| | |
|---|---|
| ------------------------------------------------------ | |
| SUZANNE CUYLE,                       )<br>                                      )<br>Plaintiff,                            )<br>                                      )<br>        v.                            )<br>                                      )<br>APRIA HEALTHCARE, LLC,                )<br>                                      )<br>Defendant.                            ) | No. 1:23-cv-01042-JPH-KMB |
| ------------------------------------------------------ | |
| LEONARDO DEPINTO,                    )<br>                                      )<br>Plaintiff,                            )<br>                                      )<br>        v.                            )<br>                                      )<br>APRIA HEALTHCARE LLC,                 )<br>                                      )<br>Defendant.                            ) | No. 1:23-cv-01056-JPH-KMB |
| ------------------------------------------------------ | |
| ROBERT N. HERRERA,                   )<br>                                      )<br>        Plaintiff,                    )<br>                                      )<br>        v.                            )<br>                                      )<br>APRIA HEALTHCARE LLC,                 )<br>                                      )<br>        Defendant.                    ) | No. 1:23-cv-01031-JPH-KMB |
| ------------------------------------------------------ | |
| PAUL KRAMER,                         )<br>                                      )<br>        Plaintiff,                    )<br>                                      )<br>        v.                            )<br>                                      )<br>APRIA HEALTHCARE, LLC,                )<br>                                      )<br>        Defendant.                    ) | No. 1:23-cv-01066-JPH-KMB |
| ------------------------------------------------------ | |
| HEATH PATRICK HUMPHRIES, et al.,     )<br>                                      )<br>        Plaintiffs,                   )<br>                                      )<br>        v.                            ) | No. 1:23-cv-01147-JPH-KMB |

2

| | |  |
|---|---|---|
| APRIA HEALTHCARE, LLC, | ) ) ) | |
| Defendant. | ) | |
| ANTHONY BOYD, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-01085-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| CHRISTINE CURRY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-01153-JPH-KMB |
| APRIA HEALTHCARE, LLC, | ) ) ) | |
| Defendant. | ) | |
| B.B., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-01187-JPH-KMB |
| APRIA HEALTHCARE GROUP, LLC, | ) ) ) | |
| Defendant. | ) | |
| ILYA RABINOVICH, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-01205-JPH-KMB |
| APRIA HEALTHCARE, LLC, | ) ) ) | |
| Defendant. | ) | |

3

| | |
|---|---|
| DEBBIE BOBBITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01166-JPH-KMB |
| | ) |
| APRIA HEALTHCARE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court accepts Magistrate Judge Barr's recommendation, dkt. [44] to procedurally close the following cases after consolidation:

1:23-cv-01072-JPH-KMB
1:23-cv-01074-JPH-KMB
1:23-cv-01096-JPH-KMB
1:23-cv-01042-JPH-KMB
1:23-cv-01056-JPH-KMB
1:23-cv-01031-JPH-KMB
1:23-cv-01066-JPH-KMB
1:23-cv-01147-JPH-KMB
1:23-cv-01085-JPH-KMB
1:23-cv-01153-JPH-KMB
1:23-cv-01187-JPH-KMB
1:23-cv-01205-JPH-KMB
1:23-cv-01166-JPH-KMB

Thus, the **Clerk is directed to procedurally close these cases**. All deadlines and hearing settings are vacated, and all pending motions in this matter are terminated without prejudice.

**SO ORDERED.**

Date: 9/25/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.